United States District Court
Southern District of Texas
ENTERED

JUN 30 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUN 26 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OLYMPIA BARRERA, INDIVIDUALLY AND AS THE NATURAL PARENT AND NEXT FRIEND OF JUDY BARRERA, MINOR § § § (PLAINTIFFS) § § MARIA DOE, INDIVIDUALLY AS THE § NATURAL PARENT AND NEXT FRIEND § OF MELIZZA DOE, MINOR § (INTERVENORS) § § VS. § § § LOS FRESNOS CONSOLIDATED § INDEPENDENT SCHOOL DISTRICT § AND ABEL MOYA, JR. § (DEFENDANTS) | CIVIL ACTION NO. B-97-160 **(JURY REQUESTED)** |

## ORDER GRANTING DEFENDANT'S FIRST OPPOSED MOTION FOR CONTINUANCE

On the ___26th___ day of ___June___, 1998, came on for hearing on Defendant's First Opposed Motion for Continuance in connection with the above styled and numbered cause.

After hearing the argument of counsel thereafter, the Court is of the opinion that Defendant's First Opposed Motion for Continuance be GRANTED;

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendant's First Opposed Motion for Continuance be GRANTED.

Signed on this the ___26th___ day of ___June___, 1998.

_____
John Wm. Black
United States Magistrate Judge