United States District Court
Southern District of Texas
ENTERED

JAN 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | |
|---|---|
| OLYMPIA BARRERA, INDIVIDUALLY AND AS THE NATURAL PARENT AND NEXT FRIEND OF JUDY BARRERA, MINOR, <br>  Plaintiffs <br><br> MARIA DOE, INDIVIDUALLY AS THE NATURAL PARENT AND NEXT FRIEND OF MELISSA DOE, MINOR <br><br> VS. <br><br> THE LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND ABEL MOYA, JR. <br>  Defendants. | § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. B-97-160 |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 30, 1998 should be **ADOPTED**.

IT IS THEREFORE **ORDERED**, that Los Fresnos Consolidated Independent School District's Motion for Summary Judgment and Severance is **GRANTED**. Plaintiffs and Intervenors' claims against Defendant Los Fresnos Consolidated Independent School District are hereby **DISMISSED** with prejudice.

IT IS FURTHER **ORDERED**, that Plaintiffs and Intervenors' claims against the Defendant Abel Moya are hereby **SEVERED**.

SIGNED this ___7___ day of _____, 1998.

_____
Hilda G. Tagle
United States District Judge