26

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OLYMPIA BARRERA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-160 |
| § | |
| THE LOS FRESNOS CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| ET AL. § | |

TYPE OF CASE:      __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 9, 1999 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 30, 1999

TO:   MR. RAY MARCHAN
      MR. VERONICA FARIAS ERWIN
      MR. RUDY RODRIGUEZ
      MR. MARK E. SOSSI
      MR. DAVID P. KALLUS

ClibPDF - www.fastio.com