28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OLYMPIA BARRERA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-160 |
| | § | |
| THE LOS FRESNOS CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 29, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 9, 1999

TO:     MR. RAY MARCHAN
        MR. VERONICA FARIAS ERWIN
        MR. RUDY RODRIGUEZ