31

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| OLYMPIA BARRERA, ET AL § | |
| § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-160 |
| § | |
| THE LOS FRESNOS CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT § | |
| ET AL § | |

ORDER OF DISMISSAL WITH PREJUDICE

On this day came Plaintiffs Olympia Barrera, Individually and as the Natural Parent and Next Friend of Judy Barrera and Intervenors Maria Lay, Individually and as the Natural Parent and Next Friend of Melizza Lay by and through their attorneys of record and announced to the Court that they no longer desire to prosecute their causes of action against Defendants.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the causes of action of Plaintiffs and Intervenors against the Defendants be hereby dismissed with prejudice with Court costs taxed against the party incurring same.

SIGNED this _____7_____ day of ____October____, 1999.

_____
JUDGE PRESIDING